

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**FILED**
AUG 12 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

___Cheryl Lovelace___ )
_____ )
(Name of the plaintiff or plaintiffs) )
) CIVIL ACTION
)
v. )
) 16-cv-08069
___University of Chicago Medical___ ) Judge Samuel Der-Yeghiayan
___Center, O.R. Administration___ ) Magistrate Judge M. David Weisman
___Tracy Schrayer, Jon Brickman___ )
(Name of the defendant or defendants) )

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is ___Cheryl Lovelace___ of the county of ___Cook___ in the state of ___Illinois___.

3. The defendant is ___University of Chicago Medical___, whose street address is ___5857 Maryland Ave.___,
(city) ___Chicago___ (county) ___Cook___ (state) ___IL___ (ZIP) ___60637___
(Defendant's telephone number) (_773_) _702-1220_

4. The plaintiff sought employment or was employed by the defendant at (street address)
___5857 Maryland Ave.___ (city) ___Chicago___
(county) ___Cook___ (state) ___IL___ (ZIP code) ___60637___

5. The plaintiff [*check one box*]

    (a) ☐ was denied employment by the defendant.

    (b) ☐ was hired and is still employed by the defendant.

    (c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) July, (day) 21, (year) 2015.

7.<u>1</u> ***(Choose paragraph 7.1 or 7.2, do not complete both.)***

    (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐ has not ☒ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

    (i) ☒ the United States Equal Employment Opportunity Commission, on or about (month) February (day) 2 (year) 2016.

    (ii) ☐ the Illinois Department of Human Rights, on or about (month)_____ (day)_____ (year)_____.

  (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ **YES.** ☐ NO, **but plaintiff will file a copy of the charge within 14 days.**

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

    (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____ (day)_____ (year) _____

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month)____

(day) ___ , ____ (year)_

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☑ YES ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ YES ☐ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☒ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue.* which was received by the plaintiff on (month)__ May _ (day) 17 (year) 2016 a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☐ Age (Age Discrimination Employment Act).

(b) ☑ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (c) ☑ Disability (Americans with Disabilities Act or Rehabilitation Act)

    (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (e) ☑ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

    (g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

    (a) ☐ failed to hire the plaintiff.

    (b) ☑ terminated the plaintiff's employment.

    (c) ☐ failed to promote the plaintiff.

    (d) ☐ failed to reasonably accommodate the plaintiff's religion.

    (e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

    (f) ☑ failed to stop harassment;

    (g) ☑ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

    (h) ☐ other (specify):_____

_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

Yearly evaluation listed untruths about not getting along with coworkers untrue Also my turn around time with my daily work the date of 5 days was not true.

Disability I was suspended + terminated because I took a sick day off. Oct 2, 2015 susp + terminated Oct 5, 2015

14. *[AGE DISCRIMINATION ONLY]* Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☒ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐ Direct the defendant to (specify): _____

_____

_____

_____

_____

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)
Cheryl Lovelace

(Plaintiff's name)
Cheryl Lovelace

(Plaintiff's street address)
700 N. Bruce Lane, Unit 514

Unit 514

(City) Glenwood (State) I (ZIP) 60425

(Plaintiff's telephone number) (708) 516 3838

Date: ~~8/24/16~~ 8/12/16

6

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>[ ] FEPA<br>[X] EEOC | Agency(ies) Charge No(s):<br>440-2016-01416 |
|---|---|---|

Illinois Department Of Human Rights and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>Ms. Cheryl B. Lovelace | Home Phone (Incl. Area Code)<br>(708) 516-3838 | Date of Birth<br>12-31-1961 |
|---|---|---|

Street Address: 700 North Bruce Lane, #514, Glenwood, IL 60425

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>UNIVERSITY OF CHICAGO MEDICAL CENTER | No. Employees, Members<br>500 or More | Phone No. (Include Area Code)<br>(773) 702-1220 |
|---|---|---|

Street Address: 5758 South Maryland, Chicago, IL 60637

DISCRIMINATION BASED ON (Check appropriate box(es).)
[X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [X] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest / Latest: 12-09-2015
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by the Respondent in or around April 2003. My position was Billing Analyst. During my employment, I was subjected to harassment, including, but not limited to, being accused of not performing my task correctly and not getting along with my co-workers. Additionally, I was subjected to different terms and conditions of employment, when I was suspended and subsequently discharged for calling off sick.

I believe that I have been discriminated against because of my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I also believe that I have been discriminated against because of my disability, and in retaliation, in violation of the Americans with Disabilities Act of 1990, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Feb 02, 2016 / *Charging Party Signature*

NOTARY -- When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

RECEIVED EEOC
FEB 02 2016
CHICAGO DISTRICT OFFICE

③ Date form 131 was submitted to EEOC. decline yes NO

④ Did you interview Chris Hargraves

② How did u determine by investigation information did not establish violations

① Statues in question is Discrimination & Retaliation? about my evaluation

unable to Conclude info obtained establish Violations of statues

⑤ full investigation would of required a interview with me

~~Form 131~~

⑥. Who is your Manager

Subject

EEOC Form 161 (11/09)          **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: **Cheryl B. Lovelace**
    **700 North Bruce Lane**
    **#514**
    **Glenwood, IL 60425**

From: **Chicago District Office**
      **500 West Madison St**
      **Suite 2000**
      **Chicago, IL 60661**

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2016-01416 | Eric Lamb, Investigator | (312) 869-8092 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Enclosures(s)      *Julianne Bowman,*     5/13/16
                   **District Director**      *(Date Mailed)*

cc: **Caryn Bills**
    **Director, Office of Access and Equity**
    **University of Chicago Medicine**
    **5841 South Maryland**
    **Chicago, IL 60637**